```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE, *proceeding under a pseudonym*,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>Epiq eDiscovery Solutions, Inc., Lisa Edgeworth, Ann Marie Carlson, Stacey Sacks,<br><br>　　　　　　　　　　Defendants. | 24-cv-9880 (MKV)<br><br>ORDER TO AMEND CAPTION |

MARY KAY VYSKOCIL, United States District Judge:

The Clerk of Court respectfully is requested to amend the case caption to reflect Plaintiff's name as set forth in the Amended Complaint at docket entry 21.

**SO ORDERED.**

**Date: October 15, 2025**　　　　　　　　　　　*[signature: Mary Kay Vyskocil]*
**New York, NY**　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**